

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-83,294-02

**EX PARTE DANIEL LOCK, Applicant**

### ON APPLICATION FOR WRIT OF HABEAS CORPUS
### CAUSE NUMBER 94-085-K277-A
### IN THE 277TH JUDICIAL DISTRICT COURT WILLIAMSON COUNTY

*Per curiam.*

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of burglary of a habitation and was sentenced to twenty-five years' imprisonment. No direct appeal was taken.

Applicant's claim for pre-sentence jail time credit is dismissed. *See Ex parte Florence*, 319 S.W.3d 695 (Tex. Crim. App. 2010); *Ex Parte Ybarra*, 149 S.W.3d 147 (Tex. Crim. App. 2004).

Based on the trial court's findings of fact as well as this Court's independent review of the entire record, we deny relief on all of Applicant's other claims.

Filed: July 1, 2015
Do not publish